IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE INTERNATIONAL ASSOCIATION OF MACHINIST AND AEROSPACE WORKERS DISTRICT 141, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 21 CV 4589 |
| v. ) ) | Judge Feinerman |
| ) ) | Magistrate Judge Cummings |
| UNITED AIRLINES, INC., ) ) | |
| Defendant. ) | |

*Notice of Filing*

To:  Mr. Robert A. Siegel　　　　　　　　Mr. Larry S. Kaplan
　　　O'MELVENY & MYERS LLP　　　　lkaplan@kmazuckert.com
　　　400 South Hope Street　　　　　　　Ms. Ms. Marnie A. Holz
　　　Los Angeles, California, 90071-2899　mholz@kmazuckert.com
　　　rsiegel@omm.com　　　　　　　　　KMA Zuckert, LLC
　　　　　　　　　　　　　　　　　　　　200 W. Madison Street, 16th Fl.
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606

　　　Mr. M. Tristan Morales
　　　O'MELVENY & MYERS LLP
　　　1625 I Street NW
　　　Washington DC, 20006
　　　tmorales@omm.com

　　PLEASE TAKE NOTICE that on December 6, 2021, Plaintiff, filed the attached, Response to Defendant's Motion to Dismiss the First Amended Complaint, with the Clerk of the District Court for the United States, located at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael J. McGuire
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. McGuire

Attorneys for the Plaintiff
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                             ) SS
COUNTY OF COOK )

Sonya, being first duly sworn on oath, deposes and says that she served the above and foregoing Response to Defendant's Motion to Dismiss the First Amended Complaint, by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 6th Day of December, 2021 and through the ECF system via email.

Mr. Robert A. Siegel
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California, 90071-2899
rsiegel@omm.com

Mr. M. Tristan Morales
O'MELVENY & MYERS LLP
1625 I Street NW
Washington DC, 20006
tmorales@omm.com

Mr. Larry S. Kaplan
lkaplan@kmazuckert.com
Ms. Marnie A. Holz
mholz@kmazuckert.com
KMA ZUCKERT LLC
200 W. Madison Street, 16th Fl.
Chicago, IL 60606

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By: /s/ Sonya Bain